VIRGINIA
& AMBINDER LLP
Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/31/2026

**APPLICATION GRANTED:** **The Initial Case Management Conference scheduled for 08/03/2026 is hereby adjourned. The motion for Summary Judgment is deemed unopposed.**

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

**07/31/2026**

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Maura Moosnick, Esq.**
Partner
mmoosnick@vandallp.com

July 30, 2026

*Via Electronic Case Filing*

Hon. Katharine H. Parker, U.M.D.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. GMS Construction Group, Inc.*, 26 CV 3912 (AT)(KHP)

Dear Judge Parker:

This firm represents Petitioners in the above-referenced action. Petitioners commenced this action to confirm and enforce an arbitration award against Respondent GMS Construction Group, Inc. ("Respondent") by filing the petition on May 12, 2026. *See* ECF Dkt. No. 1. Petitioners write in connection with the Case Management Conference scheduled for August 3, 2026, pursuant to the Court's Order dated May 14, 2026 ("Order"). *See* ECF Dkt. No. 9.

On June 3, 2026, Respondent's deadline to respond to or otherwise oppose the petition expired. *See* ECF Dkt. No. 11. Thereafter, on June 18, 2026, Petitioners submitted a letter to the Court detailing their service of Respondent pursuant to Rule 4 as well as their efforts to contact the Respondent and its last known counsel (beyond the service required by Rule 4), and requesting that the Petition be deemed an unopposed motion for summary judgment. *See* ECF Dkt. No. 12. Respondent has once again failed to appear or otherwise oppose this action.

Accordingly, in light of Respondent's failure to appear or oppose the action, and in light of Petitioners' June 18, 2026 letter requesting that the petition be deemed an unopposed motion for summary judgment, Petitioners respectfully request that the Case Management Conference scheduled for August 3, 2026, be canceled. Petitioners further respectfully renew the request that the petition be deemed an unopposed motion for summary judgment based upon the existing record.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/Maura Moosnick*
Maura Moosnick, Esq.

VIRGINIA
& AMBINDER LLP
Attorneys at Law

cc: <u>*Via First Class and Electronic Mail*</u>

GMS Construction Group, Inc.
20A Gleam Street
West Babylon,
New York 11704
guvanch@gmsnyc.com

GMS Construction Group, Inc.
2806 Avenue Y, 2Fl
Brooklyn,
New York 11235

<u>*Via Electronic Mail*</u>

Peter Kutil, Esq.
King & King LLP
pkutil@king-king-law.com